Electronically Filed Document Case 05ap02795 Entered 02/06/2006 Filed by Clay Mosberg Description Main Document Page 2 of 3

Case 05-02795   Doc 11   Filed 02/16/06   Entered 02/21/06 10:04:13   Desc Main Document   Page 1 of 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE;
ERIC BANKS,                                              Adversary No.  05 A 2795
        Debtor

ARONSON FURNITURE CO.,                                  Bankruptcy No. 05 B 44150
        Plaintiff

vs.

ERIC BANKS,                                             Judge Jack Schmetterer
        Defendant

## FINDINGS OF FACT

This matter coming on to be heard upon the complaint of Aronson Furniture Co against Eric Banks objecting to dischargeability of debt pursuant to Sec. 523(a)(6) of the Bankruptcy Code, the court makes the following findings of fact:

1.  That on January 22, 2003, Debtor purchased from Aronson Furniture Co living room furniture at the cost of $1786.75, as pursuant to a retail installment contract.

2.  He executed a retail installment contract in the sum of $2379.36 which included financing charges.

3.  That monthly payments of $99.14 were due beginning April 25, 2003, but the Debtor made only a few payments  leaving a balance owing of $2643.92.

4.  That the Debtor filed bankruptcy on October 5, 2005.

5.  That at the Sec 341 meeting of creditors, the Debtor informed the attorney for Aronson Furniture, Clay Mosberg, that he had given possession of the goods purchased from Aronson to his brother as his brother could not afford to purchase the items himself. That the brother was to pay, which he never did.  That he knew that he owed Aronson Furniture for the items purchased, but gave the furniture away anyway.

6.. That the fair market value of the goods purchased from Aronson was $1,500.00.

7.  [handwritten] holds a security interest in the subject furniture.

## CONCLUSIONS OF LAW

The court finds that the Debtor, Eric Banks, made purchases from Aronson Furniture Co.

Electronically Filed Document Case 05ap02795 Entered 02/06/2006 Filed by Clay Mosberg Description Main Document Page 3 of 3

Case 05-02795    Doc 11    Filed 02/16/06    Entered 02/21/06 10:04:13    Desc Main Document    Page 2 of 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

subject to a retail installment contract in which Aronson Furniture retained a security interest in the goods purchased. At the time of the purchase, Eric Banks never intended to pay for the goods. They were purchased for a relative who had poor credit and could not purchase the items directly. Eric Banks knew that he was taking the items subject to a security interest held by Aronson. That Eric Banks has transferred possession of the goods to the injury of Aronson Furniture's rights to possession of the items, and that the Debtor has failed to make payments for the goods. That the actions of Eric Banks appear to be intentionally done to injure Aronson Furniture Co. That his actions are wrongful, wanton and malicious, and have caused injury to Aronson Furniture Co. The debtor had to believe that his conduct was substantially certain to cause harm to Aronson. As such, the debt is a nondischargeable debt. See Kawaauhau v. Geiger, 523 U.S. 57, 118 S.Ct.974, (1998).

Bankruptcy Judge

FEB 1 6 2006

Clay Mosberg
1954 Woodland
Arlington Heights, IL 60004
847-222-1180